```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08609
   DALE R BOVEN
   VICKI L BOVEN                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9606     SSN XXX-XX-4179

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/10/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 01/14/2008.
---------------------------------------------------------------------------
CREDITOR NAME                   CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
BENEFICIAL FINANCE              NOTICE ONLY    NOT FILED           .00            .00
BENEFICIAL ILLINOIS INC         CURRENT MORTG        .00           .00            .00
BENEFICIAL ILLINOIS INC         MORTGAGE ARRE   3357.00            .00            .00
HSBC                            SECURED VEHIC  13034.53         185.71        1464.31
WELLS FARGO                     NOTICE ONLY    NOT FILED           .00            .00
WELLS FARGO HOME MORTGAG        CURRENT MORTG        .00           .00            .00
WELLS FARGO HOME MORTGAG        MORTGAGE ARRE        .00           .00            .00
ALLSTATE PROPERTY CASUAL        UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP           UNSECURED       1148.58            .00            .00
CAPITAL ONE                     UNSECURED        979.13            .00            .00
CAPITAL ONE BANK                NOTICE ONLY    NOT FILED           .00            .00
ECMC                            UNSECURED      16891.26            .00            .00
ROUNDUP FUNDING LLC             UNSECURED        314.55            .00            .00
NICOR GAS                       UNSECURED        670.02            .00            .00
NORTHWEST COMMUNITY             UNSECURED      NOT FILED           .00            .00
NORTHWEST COMMUNITY HOSP        NOTICE ONLY    NOT FILED           .00            .00
SPRINT-NEXTEL CORP              UNSECURED       1631.06            .00            .00
SPRINT                          NOTICE ONLY    NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC        UNSECURED        325.68            .00            .00
ASSET ACCEPTANCE LLC            UNSECURED        405.55            .00            .00
WELLS FARGO BANK                NOTICE ONLY    NOT FILED           .00            .00
DENNIS G KNIPP                  DEBTOR ATTY    2,500.00                       1,738.28
TOM VAUGHN                      TRUSTEE                                         241.70
DEBTOR REFUND                   REFUND                                             .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 3,630.00

PRIORITY                                          .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08609 DALE R BOVEN & VICKI L BOVEN
```

```
SECURED                                                          1,464.31
    INTEREST                                                       185.71
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,738.28
TRUSTEE COMPENSATION                                               241.70
DEBTOR REFUND                                                         .00
                                      ---------------       ---------------
TOTALS                                       3,630.00              3,630.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/23/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE